# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-50080
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 18, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GENARO ALBERTO NUNEZ UGARTE,

*Defendant—Appellant*,

CONSOLIDATED WITH

---

No. 24-50081

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*versus*

GENARO ALBERTO NUNEZ-UGARTE,

*Defendant-Appellant*.

_____

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:23-CR-350-1, 4:20-CR-338-1

_____

Before Davis, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:[*]

Genaro Alberto Nunez Ugarte appeals from his conviction for illegal reentry in violation of 8 U.S.C. § 1326(a), as well as from the revocation of a previously imposed term of supervised release. Nunez Ugarte contends for the first time on appeal that the statutory sentencing enhancement in § 1326(b) is unconstitutional. He concedes that this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), and has filed an unopposed motion for summary disposition.

Because the claim is foreclosed, *see United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019), summary disposition is warranted, *see Groendyke Transp. Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Thus, the motion for summary disposition is GRANTED, and the judgments of the district court are AFFIRMED.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

2